Before the Second Division, February 23, 1967

**No. P67/44.**—O. B. Distributors, Inc., and A. U. T. Customs Brokers, Inc. *v.* United States, protest 61/21674 (New York).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc. v. United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

Before the Third Division, February 23, 1967

**No. P67/45.**—Arnart Imports, Inc. *v.* United States, protests 59/2177, etc. (New York).

Landis, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plaques similar in all material respect to those the subject of *Arnart Imports, Inc. v. United States* (54 Cust. Ct. 187, C.D. 2531), the claim of the plaintiff was sustained.

**No. P67/46.**—H. R. Davi & Co. and H. B. Thomas & Co. *v.* United States, protests 61/23091, etc. (San Francisco).

Landis, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of charcoal briquettes similar in all material respects to those the subject of *A. L. Farnsworth v. United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.